The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EXPEDIA, INC., and HOTELS.COM, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> PRICELINE.COM INCORPORATED, <br><br> Defendant. | No. C09-0712RSL <br><br> **DECLARATION OF CHRISTOPHER A. COLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY AND DISMISS** |

## DECLARATION OF CHRISTOPHER A. COLE

CHRISTOPHER A. COLE, under penalty of perjury, declares as follows:

1. I am legal counsel for Expedia, Inc. and Hotels.com (collectively "Expedia"). I submit this declaration in support of Plaintiff's Opposition to Defendant's Motion to Stay and Dismiss based on my personal knowledge or where as stated, on information and belief.

2. Expedia initiated three separate challenges to Priceline's comparative savings claims before the National Advertising Division ("NAD") of the Council of Better Business Bureaus. *See* "How NAD Works," http://www.nadreview.org/AboutNAD.aspx, a true and correct copy attached hereto as Exhibit 1.

DECLARATION OF CHRISTOPHER A. COLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY AND DISMISS (No. C09-0712RSL) - 1

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

3. A true and correct copy of NAD's Procedures is attached hereto at Exhibit 2 (http://www.nadreview.org/09_Procedures.pdf). The reprint of the NAD Procedures at Exhibit 2 contains rules effective July 27, 2009. This edition of the NAD Procedures is identical to the Procedures in effect when the December 2008 challenge between Expedia and Priceline took place, except for a different filing fee structure. *See* Exhibit 3, hereto (http://www.nadreview.org/09_sumchanges.pdf)

4. In 2003, Expedia challenged Priceline ads that claimed that Priceline could save consumers 40% on hotel bookings compared to rival travel websites. A true and correct copy of NAD's decision in that case is attached hereto at Exhibit 4. *See Priceline.com, Inc./Hotel Pricing*, NAD Case # 4073 (Aug. 4, 2003).

5. Between 2004 and 2006, Expedia brought three compliance proceedings before the NAD to enforce NAD's August 2003 decision. *See Priceline.com, Inc./Hotel Pricing*, NAD Case # 4073C (Jan. 29, 2004), *Priceline.com, Inc./Hotel Pricing*, NAD Case # 4073C II (June 3, 2004), and *Priceline.com, Inc./Hotel Pricing*, NAD Case # 4073 C III (May 8, 2006). True and correct copies of these decisions are attached hereto as Exhibits 5 - 7, respectively.

6. In 2008, Expedia challenged Priceline's "Negotiator" ads, which promised consumers "No Fees" for airline bookings made on Priceline.com. A true and correct copy of NAD's decision in that challenge is attached hereto as Exhibit 8. *See Priceline.com, Inc./Priceline.com Online Travel Booking Serv.*, NAD Case # 4951 (Dec. 22, 2008).

7. In December 2008, Expedia initiated a third NAD challenge of Priceline's misleading television, internet, and print ads in which claim that consumers can "FIND HALF PRICE HOTELS EVERY DAY" on Priceline compared to Expedia. The underlying challenge materials are confidential, pursuant to NAD's Procedures, and are not attached hereto.

8. In the NAD proceeding on Expedia's December 2008 challenge to Priceline advertising, Priceline submitted confidential materials to support its claims and provided Expedia with limited summaries of these materials, inhibiting Expedia's ability to review and critique

DECLARATION OF CHRISTOPHER A. COLE IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
STAY AND DISMISS (No. C09-0712RSL) - 2

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

Priceline's data. NAD has previously noted that this also limits NAD's ability to assess the data because its view of the data is one-sided. *See, e.g., Euro-Pro Operating, LLC/Shark Infinity NV30 & NV31*, NAD Case # 4703 at p. 25 (July 31, 2007).

9. In April 2009, after the December 2008 NAD challenge was fully briefed and both parties had already met with NAD, Expedia learned that Priceline was running its new "Travelnapping" commercial, which features the "Negotiator" character. A true and correct copy of the Storyboard for the Travelnapping commercial is attached hereto as Exhibit 9.

10. On May 20, 2009, after Expedia filed its Complaint, my colleague Linda Goldstein, called Andrea Levine, the director of the NAD, to formally notify NAD of the Complaint and to request that NAD close the pending advertising challenge by Expedia against Priceline.com under NAD's Procedures. *See* NAD Rule 2.2(B)(i)(b). On information and belief, Ms. Levine expressed reluctance to administratively close the matter, notwithstanding NAD Rules.

11. On May 21, 2009, Expedia's counsel sent a letter to Ms. Levine confirming Expedia's request that NAD close the pending advertising challenge and reiterating that NAD Rules required closure. Expedia's counsel also attached a copy of the Expedia's Complaint for Ms. Levine's review. A true and correct copy of the May 21, 2009 letter from Linda Goldstein to Andrea Levine is attached hereto as Exhibit 10.

12. On June 8, 2009, NAD released its Case Report (referred to hereinafter as "June 8 Case Report"). A true and correct copy of the June 8, 2009 Case Report is attached hereto as Exhibit 11. NAD Case Reports are made available to the NAD subscribers on NAD's website, at www.nadreview.org. The Case Report for the written advisory decision is available on NAD's website, and reported as NAD Case #5031 (June 8, 2009)

13. Expedia's counsel sent a letter to Ms. Levine on June 17, 2009 ("June 17 Letter") to request that NAD rescind the Case Report, administratively close the case, and to issue a

DECLARATION OF CHRISTOPHER A. COLE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY AND DISMISS (No. C09-0712RSL) - 3

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

revised report that complies with NAD Rules. A true and correct copy of the June 17, 2009 letter is attached hereto as Exhibit 12. NAD did not formally respond to the June 17 Letter.

14. On July 8, 2009, Expedia's counsel sent a letter ("July 8 Letter") on behalf of Expedia to Steven J. Cole, the President and CEO of the Council of Better Business Bureaus ("CBBB"), which oversees NAD. In the July 8 Letter, Expedia's counsel requested that the CBBB rescind the June 8, 2009 Case Report, administratively close the proceeding, and issue a revised Case Report in compliance with NAD rules. A true and correct copy of the July 8, 2009 Letter is attached hereto as Exhibit 13.

15. Mr. Cole responded to Expedia's July 8 letter by correspondence dated August 5, 2009. A true and correct copy of Steven J. Cole's August 5, 2009 letter to Linda A. Goldstein and Jeffrey S. Edelstein is attached hereto as Exhibit 14.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed at Washington, D.C. this 24th day of August, 2009.

By: _____
Christopher A. Cole

(No. C09-0712RSL) - 4

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 24th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Steven W. Fogg
Corr Cronin Michelson Baumgardner & Preece LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1127
sfogg@corrcronin.com

Steven A. Zalesin (*pro hac vice*)
Travis J. Tu (*pro hac vice*)
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
sazalesin@pbwt.com
tjtu@pbwt.com

/s/Bradley S. Keller, WSBA #10665
Byrnes & Keller LLP
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
bkeller@byrneskeller.com

DECLARATION OF CHRISTOPHER A. COLE IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO
STAY AND DISMISS (No. C09-0712RSL) - 5

BYRNES & KELLER LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000